### JOHNSON v. STATE.
No. 22220.

Court of Criminal Appeals of Texas.
June 17, 1942.

Rehearing Denied Oct. 14, 1942.

M. E. Lawrence, of Eastland, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of violating the liquor laws and assessed a fine of $100.

The record is before us without statement of facts or bills of exception. The procedure appears to be regular and there is nothing presented for the consideration of this Court.

The judgment of the trial court is affirmed.